**Order filed November 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00779-CV
_____

**LINDSEY J. LEARD, Appellant**

**V.**

**WELLS FARGO BANK, NA, Appellee**

On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 18-CV-0397

# O R D E R

Appellant's brief was due November 5, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 5, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM